# UNITED STATES DISTRICT COURT

_____EASTERN_____ **District of** _____CALIFORNIA_____

EDUARDO RECIO

Plaintiff

V.

COMMISSIONER OF SOCIAL SECURITY

Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1:10-at-00780

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

✔ GRANTED.

    ✔ The clerk is directed to file the complaint.

    ✔ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this ___7th___ day of _____October_____, __2010__ .

                                         /s/ Sandra M. Snyder
                                         Signature of Judicial Officer

                                         SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                                         Name and Title of Judicial Officer