STEVEN G. ROSALES
Attorney at Law:  222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C115
Santa Fe Springs, California 90670
Tel:  562-868-5886
Fax:  562-868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff EDUARDO RECIO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO RECIO, | Case No.: 1:10-CV-01872-GSA |
| Plaintiff, | UNOPPOSED REQUEST TO FILE LATE PLAINTIFF'S OPENING BRIEF; AND **ORDER** |
| vs. | |
| MICHAEL ASTRUE, | |
| Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Counsel for Plaintiff Eduardo Recio hereby requests leave of court to file his Opening Brief in this matter one day late.  Last week Counsel's Mother underwent surgery related to a recently diagnosed cancer related illness.  Counsel assisted his Mother through the process of the surgery and her recovery.  Despite his desire to

-1-

fulfill his family obligation, Counsel believed that he could meet the filing deadline for the opening brief in this matter. Counsel was wrong by one day. Counsel contacted Counsel for Defendant via electronic mail and secured a statement that defendant does not oppose this motion.

    Plaintiff's sincerely apologizes to the court for any inconvenience this may have caused.

DATE: June 1, 2011        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ Steven G. Rosales

BY: _____
Steven G. Rosales
Attorney for plaintiff EDUARDO RECIO

1   IT IS HEREBY ORDERED, for good cause shown, that Plaintiff may file
2   Plaintiff's Opening Brief one day late.  Defendant may have an extension of time
3   to June 30, 2011 to consider the contentions raised in Plaintiff's Opening Brief,
4   and file any opposition.  Any reply by Plaintiff will be due July 14, 2011.

7   IT IS SO ORDERED.

8   Dated:   **June 2, 2011**              **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE