Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Eduardo Recio

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO RECIO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant | Case No.: 1:10-CV-01872-GSA<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses filed January 24, 2012:

　　　IT IS ORDERED that fees and expenses in the amount of $3,900.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.


IT IS SO ORDERED.

　Dated: **January 24, 2012**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Case 1:10-cv-01872-GSA   Document 20   Filed 01/24/12   Page 2 of 2

-2-