Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Eduardo Recio

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO RECIO,<br><br>     Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>     Defendant | Case No.: 1:10-CV-01872-GSA<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 RE THE PARTIES' AMENDED STIPULATION RE SAME |

Based upon the parties' Amended Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses filed February 7, 2012:

IT IS ORDERED that fees and expenses in the amount of $3,500.00, as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Amended Stipulation. The parties' prior Stipulation and the related Order (Docs. 19 & 20) are stricken.

IT IS SO ORDERED.

Dated:  **February 7, 2012**            **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26